JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROBERT VANDER EYK DAIRY,<br><br>  Defendant.<br>_____ | Case No.:  CV 12-4545 DSF<br><br>**JUDGMENT** |

On July 10, 2013, this court entered its Order Granting Plaintiffs' Motion for Summary Judgment. In accordance with that order,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs and against Defendant as follows:

1) Pursuant to 29 U.S.C. § 1132(g)(2)(A) & 1401(b)(1), Plaintiffs are awarded withdrawal liability in the amount of $66,553.00 against Defendant, to be paid on the schedule set forth in Plaintiffs' demand letter of April 12, 2013, with all past due amounts to be paid within 10 days of entry of this judgment.

2) Pursuant to 29 U.S.C. § 1132(g)(2)(B), Plaintiffs are awarded prejudgment interest on any portion of the withdrawal liability which was not timely paid, to be calculated in accordance with the rates set by the Pension Benefit Guaranty Corporation under 29 C.F.R. 4219.32 for overdue withdrawal liability.  The provisions of 29 U.S.C. Section 1132(g)(2) shall continue to apply to any quarterly withdrawal payments that Defendant does not timely pay.  Further, nothing herein precludes the Pension Fund from accelerating the withdrawal liability pursuant to 29 C.F.R. 4219.31 through 4219.33, and the provisions of the Pension Fund's trust document.

3) Pursuant to 29 U.S.C. § 1132(g)(2)(C)(ii), and the Pension Fund's trust document, Plaintiffs are awarded liquidated damages of 20% of any portion of the withdrawal liability that was not timely paid, to be calculated as provided for in the Pension Plan's trust document.

4) The court retains jurisdiction to resolve any disputes that arise regarding the calculation of interest or liquidated damages.  Any such dispute shall be brought to the court's attention by means of a noticed motion filed within 90 days after entry of this judgment.  In the event of an appeal of this judgment, the time for bringing such a motion shall be tolled pending final resolution of the appeal.

5) Pursuant to 29 U.S.C. § 1132(g)(2)(D), Plaintiffs are also awarded attorneys' fees in the amount of $71,555.50 and non-taxable costs in the amount of $727.55.  Taxable costs shall be determined in a post-judgment bill of costs, as provided in Federal Rule of Civil Procedure 54(d)(1).

Dated: 12/11/13

_____
HON. DALE S. FISCHER
United States District Judge